RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Francisco Javier Castaneda

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00103-RCJ-CSD-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| FRANCISCO JAVIER CASTANEDA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Andolyn R. Johnson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Francisco Javier Castaneda, that the Revocation Hearing currently scheduled on February 7, 2022, be vacated and continued to March 1, 2022 at 12:00 p.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel is new to case and needs time to review.
2. Client is requesting an in-person hearing.
3. The defendant is not in custody and agrees with the need for the continuance.
4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 3rd day of February, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ *Andolyn R. Johnson*<br>ANDOLYN R. JOHNSON<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO JAVIER CASTANEDA,<br><br>　　　　　Defendant. | Case No. 3:18-cr-00103-RCJ-CSD-1<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, February 7, 2022 at 10:30 a.m., be vacated and continued to March 1, 2022 at the hour of 12:00 p.m.; Reno Courtroom 3 before Judge Robert C. Jones.

　　　DATED this 7th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE