RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Francisco Javier Castaneda

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00103-RCJ-CSD-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| FRANCISCO JAVIER CASTANEDA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Andolyn R. Johnson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Francisco Javier Castaneda, that the Revocation Hearing currently scheduled on March 2, 2022, be vacated and continued to March 17, 2022 at 12:00 p.m.

This Stipulation is entered into for the following reasons:

1.     Mr. Castaneda is expected to complete his treatment at New Frontier on March 14, 2022 and is requesting an in person appearance.

2.     The defendant is not in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 28th day of February, 2022.

RENE L. VALLADARES
Federal Public Defender

CHRISTOPHER CHIOU
Acting United States Attorney

By /s/ Navid Afshar
NAVID AFSHAR
Assistant Federal Public Defender

By /s/ Andolyn R. Johnson
ANDOLYN R. JOHNSON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff,

      v.

FRANCISCO JAVIER CASTANEDA,

           Defendant.

Case No. 3:18-cr-00103-RCJ-CSD-1

**ORDER**

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, March 2 at 12:30 p.m., be vacated and continued to March 17, 2022 at the hour of 12:00 p.m.; or to a time convenient to the court.

      DATED this 1st day of March, 2022.

_____

UNITED STATES DISTRICT JUDGE